UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
07 NOV -9 AM 10: 12
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>        Plaintiff,<br><br>        v.<br><br>**Eric ALCALA-Contreras,**<br><br>        Defendant | Magistrate Docket No. '07 MJ 2630<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **November 7, 2007** within the Southern District of California, defendant, **Eric ALCALA-Contreras,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS 9th DAY OF **NOVEMBER, 2007**

_____
Cathy A. Bencivengo
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Eric ALCALA-Contreras
A# 95 618 766
PR# 0711-0159

## PROBABLE CAUSE STATEMENT

On November 7, 2007 Border Patrol Agent B. Hollinder was assigned to patrol duties in the Chula Vista Border Patrol station area of responsibility. Agent Hollinder was working in an area commonly known as Windmill Canyon. This area is located approximately two miles east of the Otay Mesa, California port of Entry and approximately one mile north of the United States/Mexico International Boundary. Agent Hollinder was following foot prints at the bottom of Windmill Canyon when he encountered two individuals. Agent Hollinder identified himself as a Border Patrol Agent and questioned them as to their citizenship and nationality. Both individuals including one later identified as the defendant, **Eric ALCALA-Contreras** responded "Mexico". Agent Hollinder then questioned them to see if they had any immigration documents that would allow them to be or remain in the United States legally. Both individuals responded "No". At approximately 12:45 p.m. Agent Hollinder placed the two subjects under arrest and had them transported to the Chula Vista Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **December 16, 2006, through San Ysidro, CA.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights. The defendant stated that he understood his rights and was willing to answer questions without an attorney present. The defendant admitted that he is a citizen and national of Mexico. The defendant also stated that he was illegally in the United States without any immigration documents. The defendant stated that he was on his way to Lancaster, California to visit his family.