1  **ELIZABETH M. BARROS**
   California State Bar No. 227629
2  **FEDERAL DEFENDERS OF SAN DIEGO, INC.**
   225 Broadway, Suite 900
3  San Diego, CA 92101-5008
   (619) 234-8467/Fax: (619) 687-2666
4  E-Mail: elizabeth_barros@fd.org

5  Attorneys for Eric Alcala-Contreras

6

7

8                      UNITED STATES DISTRICT COURT

9                     SOUTHERN DISTRICT OF CALIFORNIA

10                    **(HONORABLE CATHY ANN BENCIVENGO)**

11 UNITED STATES OF AMERICA,          )   Case No. 07MJ2630
                                      )
12              Plaintiff,             )
                                      )
13 v.                                 )   **CERTIFICATE OF SERVICE**
                                      )
14 ERIC ALCALA-CONTRERAS,             )
                                      )
15              Defendant.             )
   _____ )
16

17      Counsel for Defendant certifies that a copy of the foregoing document has been served this day upon:

18                          U.S. Attorney CR
                         Efile.dkt.gc2@usdoj.gov
19

20                                      Respectfully submitted,

21

22 DATED:    November 13, 2007         /s/ Elizabeth M. Barros
                                        **ELIZABETH M. BARROS**
23                                      Federal Defenders of San Diego, Inc.
                                        Attorneys for Eric Alcala-Contreras
24

25

26

27

28