Minutes of the United States District Court
Southern District of California
JANUARY 24, 2008

HON. JAN M. ADLER                           DEPUTY CLERK: R. RHONE

TAPE NO. JMA08-01-14:03-14:07

07CR3288-WQH        USA        vs.        ERIC ALCALA-CONTRERAS (C)

STATUS HEARING

VICTOR PIPPINS, FEDERAL DEFENDERS

AUSA: JAMES MELENDRES

GOVT'S ORAL MOTION TO DISMISS CASE   - GRANTED
ABSTRACT ISSUED TO USM

2 MINUTES