UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

FILED
08 JAN 25 PM 1:20

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY: _____ DEPUTY

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                      Plaintiff,<br><br>vs.<br><br>ERIC ALCALA-CONTRERAS,<br><br>                      Defendant. | CASE NO. 07CR3288-WQH<br><br>JUDGMENT OF DISMISSAL<br><br>FILED<br>JAN 29 2008<br>CLERK, U.S. DISTRICT COURT<br>SOUTHERN DISTRICT OF CALIFORNIA<br>BY: _____ DEPUTY |

      IT APPEARING that the defendant is now entitled to be discharged for the reason that:

__X__ an indictment has been filed in another case against the defendant and the Court has granted the motion of the Government for dismissal of this case, without prejudice; or

____ the Court has dismissed the case for unnecessary delay; or

____ the Court has granted the motion of the Government for dismissal; or

____ the Court has granted the motion of the defendant for a judgment of acquittal; or

____ a jury has been waived, and the Court has found the defendant not guilty; or

____ the jury has returned its verdict, finding the defendant not guilty;

__X__ of the offense(s) of: __8:1326 (a) and (b)__

      IT IS THEREFORE ADJUDGED that the defendant is hereby discharged.

DATED: 1/25/08

                                                     _____
                                                     JAN M. ADLER
                                                     UNITED STATES DISTRICT JUDGE

I have executed within Judgment of dismissal
Judgment and Commitment on 1/28/08       ENTERED ON _____

United States Marshal

By: _____
    USMS Criminal Section